# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**SUPER 8 WORLDWIDE, INC,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**KIRPEKAR'S, ET AL.,**
*Defendant*

CASE NUMBER: 2:17-CV-00160-SDW-LDW

TO: *(Name and address of Defendant):*

**KIRPEKAR'S**

646 Lake St., S.
Long Prairie, MN
56347

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**LECLAIRRYAN**
One Riverfront Plaza
1037 Raymond Boulevard
16th Floor
Newark, New Jersey 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Susan Miller**
(By) DEPUTY CLERK



ISSUED ON 2017-01-10 11:42:09, Clerk
USDC NJD

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF TODD      )

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of Febuary, 2017, at 1108 hours, at 646 Lake St. S, Long Prairie, State of Minnesota, I duly served the following:

- ☐ Affidavit
- ☐ Separate Tract Designation
- ☐ Notice of Mortgage Foreclosure Sale
- ☐ Redemption Rights Notice to Owner
- ☐ Homestead Designation Notice
- ☐ Help for Homeowners in Foreclosure
- ☐ Foreclosure: Advise to Tennants
- ☐ Order for Harassment Hearing/Order For Relief Harassment Restraining Order
- ☐ Notice of Motion And Motion
- ☐ Emergency (Ex Parte) Order for Protection/Order For Protection Following Hearing
- ☐ Order to Show Cause
- ☐ Order For Hearing
- ☐ Order
- ☐ Motion
- ☐ Statement/Claim & Summons
- ☐ Summons
- ☒ Summons & Complaint
- ☐ Eviction Summons & Complaint
- ☐ Summons & Petition
- ☐ Subpoena
- ☐ Writ of Execution
- ☐ Writ of Recovery

*** ☐ Other:

UPON THE FOLLOWING PARTY: Kirpekar's Et. AL.,

☐ By personally leaving a copy with

☐ By leaving a copy at the place of usual abode with (name)          ,
   a person of suitable age and discretion then residing therein.

☒ By handing to and leaving with Kunal Kirpekar, Owner of the Defendant.
   (Corporate Service)     (Position/Title)

### CERTIFICATE OF UNSERVED PROCESS

The attached process is returned for the following reason(s):

- ☐ No Such Address
- ☐ Person Moved, New Address Unknown
- ☐ Person Moved, New Address is:
- ☐ Unable to Get a Response
- ☐ Service Cancelled by Litigant
- ☐ Other:

Comments:

**DON ASMUS, SHERIFF OF TODD COUNTY**

By: _____, Deputy Sheriff Badge #: 1211 Date: 02-06-2017

Service $            Attempts 02         Remit To: Todd County Sheriff's Office
Travel  $            Mileage  Flat Rate            115 Third Street South
Total   $                                          Long Prairie, MN 56347

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SUPER 8 WORLDWIDE, INC,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

KIRPEKAR'S, ET AL.,
*Defendant*

CASE NUMBER: **2:17-CV-00160-SDW-LDW**

TO: *(Name and address of Defendant):*

KUNAL KIRPEKAR

646 Lake St., S.
Long Prairie, MN
56347

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**LeCLAIRRYAN**
One Riverfront Plaza
1037 Raymond Boulevard
16th Floor
Newark, New Jersey 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

Susan Miller
(By) DEPUTY CLERK



ISSUED ON 2017-01-10 11:42:09, Clerk
USDC NJD

| STATE OF MINNESOTA | ) | |
|---|---|---|
| | ) ss. | **CERTIFICATE OF SERVICE** |
| COUNTY OF TODD | ) | |

I hereby certify that on the 6th day of Febuary, 2017, at 1108 hours, at 646 Lake St. S, Long Prairie, State of Minnesota, I duly served the following:

☐ Affidavit  
☐ Separate Tract Designation  
☐ Notice of Mortgage Foreclosure Sale  
☐ Redemption Rights Notice to Owner  
☐ Homestead Designation Notice  
☐ Help for Homeowners in Foreclosure  
☐ Foreclosure: Advise to Tennants  
\*\*\* ☐ Other:

☐ Order for Harassment Hearing/Order For Relief Harassment Restraining Order  
☐ Notice of Motion And Motion  
☐ Emergency (Ex Parte) Order for Protection/Order For Protection Following Hearing  
☐ Order to Show Cause  
☐ Order For Hearing  
☐ Order  
☐ Motion  

☐ Statement/Claim & Summons  
☐ Summons  
☒ Summons & Complaint  
☐ Eviction Summons & Complaint  
☐ Summons & Petition  
☐ Subpoena  
☐ Writ of Execution  
☐ Writ of Recovery  

**UPON THE FOLLOWING PARTY:** Kunal Kirpekar

☒ By personally leaving a copy with Kunal Kirpekar

☐ By leaving a copy at the place of usual abode with (name)          ,
   a person of suitable age and discretion then residing therein.

☐ By handing to and leaving with       ,       of the Defendant.
   (Corporate Service)     (Position/Title)

---

**CERTIFICATE OF UNSERVED PROCESS**

The attached process is returned for the following reason(s):

☐ No Such Address  
☐ Person Moved, New Address Unknown  
☐ Person Moved, New Address is:  

☐ Unable to Get a Response  
☐ Service Cancelled by Litigant  
☐ Other:

Comments:

---

**DON ASMUS, SHERIFF OF TODD COUNTY**

By: _____, Deputy Sheriff Badge #: 1211  Date: 02-06-2017

Service  $  
Travel   $  
Total    $  

Attempts  02  
Mileage   Flat Rate

Remit To: Todd County Sheriff's Office  
115 Third Street South  
Long Prairie, MN 56347