**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., formerly known as SUPER 8 MOTELS, INC., a South Dakota Corporation,<br><br>Plaintiff,<br>v.<br><br>KIRPEKAR'S, a Sole Proprietor; and KUNAL KIRPEKAR, an individual,<br><br>Defendants. | Civil Action No. 17-cv-160 (SDW)(LDW)<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc. ("SWI"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, Kirpekar's and Kunal Kirpekar, pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on January 10, 2017, seeking damages as a result of the breach of a franchise agreement between SWI and Kirpekar's; and service of the Summons and Complaint having been effectuated with respect to defendant Kirpekar's by personally serving its authorized representative in Long Prairie, Minnesota on February 6, 2017; and service of the Summons and Complaint having been effectuated with respect to defendant Kunal Kirpekar by personally serving him in Long Prairie, Minnesota on February 6,

5

2017; and it appearing that default was duly noted by the Clerk of the Court against defendants on May 1, 2017 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this \_\_\_6th\_\_\_ day of \_\_\_Sept\_\_\_, 2017,

**ORDERED, ADJUDGED, AND DECREED** that SWI have judgment against Defendant in the total amount of $130,881.15 for Recurring Fees (principal plus prejudgment interest).

_____
HONORABLE SUSAN D. WIGENTON, U.S.D.J.