AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. CV- 17-160(SDW) |
| KIRPEKAR'S, et al ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 09/07/2017.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 10/10/2017

**WILLIAM T. WALSH**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

FOR THE     District of     NEW JERSEY

## EXEMPLIFICATION CERTIFICATE

I,    WILLIAM T. WALSH   , Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Final Judgment by Default in CV-17-160(SDW) Super 8 Worldwide vs. Kirpekar's, et al

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at NEWARK, NJ    on    10/10/2017

*City*      *Date*

**WILLIAM T. WALSH**
*Clerk*     *(By) Deputy Clerk*

I,    SUSAN D. WIGENTON   , a Judicial Officer of this Court, certify that    WILLIAM T. WALSH   , named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

Oct. 11, 2017

*Date*     *Signature of Judge*

UNITED STATES DISTRICT JUDGE

*Title*

I,    WILLIAM T. WALSH   , Clerk of this United States District Court, keeper of the seal, certify that the Honorable    SUSAN D. WIGENTON   ,

*Judge*

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at NEWARK, NJ    in this State, on    10/10/2017

*City*     *Date*

**WILLIAM T WALSH**
*Clerk*     *(By) Deputy Clerk*